UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CRAIG DAVIS and GEOFFREY JUSTICE,
on behalf of themselves and on behalf of all
others similarly situated,

    Plaintiffs,

v.

Case No.: _____

ACE WORLD WIDE MOVING &
STORAGE, INC. a foreign incorporated
company, ACE WORLDWIDE OF CENTRAL
FLORIDA, INC. a Florida profit corporation, and
ATLAS VAN LINES, INC., a foreign
incorporated company,

    Defendants.

_____

## DEFENDANT ATLAS VAN LINES INC AND ACE WORLD WIDE MOVING & STORAGE, INC.'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants, ATLAS VAN LINES, INC. ("ATLAS") and ACE WORLD WIDE MOVING & STORAGE, INC. ("ACE") (collectively "Defendants"), by and through their undersigned counsel, hereby give notice of removal of the case styled *Craig Davis and Geoffrey Justice, on behalf of themselves and on behalf of all others similarly situated v. Ace World Wide Moving & Storage, Inc., a foreign incorporated company, Ace Worldwide of Central Florida, Inc., a Florida profit corporation, and Atlas Van Lines, Inc., a foreign incorporated company,* Case No. 2020-CA-000328-O, currently pending in the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida, (the "State Court Action"), to the United States District Court for the Middle District of Florida, Orlando Division. As grounds, Defendants state as follows:

1. Upon information and belief, Defendant Ace Worldwide of Central Florida, Inc. is no longer in business. Hence, Atlas Van Lines, Inc. and Ace World Wide Moving & Storage, Inc. are the only remaining Defendants in this action, who are jointly filing this Notice of Removal, each with the consent of the other.

2. On or about January 13, 2020, Plaintiffs initiated the State Court Action.

3. The Summons and Complaint was served on Defendant Atlas' registered agent, Corporate Service Company, on January 14, 2020.

4. The Summons and Complaint was served on Defendant Ace World Wide Moving & Storage, Inc. on January 17, 2020.

5. The Summons and Complaint has not been served on Ace Worldwide of Central Florida, Inc.

6. Pursuant to 28 U.S.C. § 1446(a), a true and legible copy of all processes, pleadings, motions, and orders currently on file in the State Court Action is attached hereto as **Exhibit "A."** No further proceedings have occurred in the State Court Action. A copy of the Notice being contemporaneously filed in the Ninth Judicial Circuit, in and for Orange County, Florida, is attached hereto as **Exhibit "B."**

7. Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal within 30 days after receipt of a copy of Plaintiffs' initial pleading.

8. In their Complaint, Plaintiffs allege a claim for not receiving pay/compensation for work performed in violation of the Fair Labor Standards Act. Accordingly, this Court has original federal question jurisdiction over the asserted claims pursuant to 28 U.S.C. § 1331, and this case is properly removable under 28 U.S.C. § 1441.

9. The remaining wage claim, pursuant to Article X, Section 24 of the Florida Constitution, arises out of the same case or controversy and therefore falls within the Court's supplemental jurisdiction, and removal of the entire case is proper. *See* 28 U.S.C. § 1367(a) ("[I]n any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related ... that they form part of the same case or controversy under Article III of the United States Constitution."); *see also* 28 U.S.C. § 1441(c) (providing for removal of entire case).

10. Removal to this Court is proper under 28 U.S.C. § 1446(a) because the United States District Court for the Middle District of Florida, Orlando Division, is the district and division within which the Circuit Court for the Ninth Judicial Circuit in and for Orange County, Florida, is located.

WHEREFORE, Defendants Atlas Van Lines, Inc. and Ace World Wide Moving & Storage, Inc. hereby remove the State Court Action and respectfully request that this Court take jurisdiction of this action and issue all necessary orders and process to remove the State Court Action to the United States District Court for the Middle District of Florida, Orlando Division.

DATED: February 13, 2020

Respectfully submitted,

*/s/ J.Robert McCormack*
J. Robert McCormack
Florida Bar No.: 864791
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida  33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
bob.mccormack@ogletree.com

Attorneys for Defendants Atlas Van Lines, Inc. and Ace World Wide Moving & Storage, Inc.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 13, 2020, the foregoing was filed with the Court using the CM/ECF System and a true and correct copy is being served by E-Mail and U.S. First Class Mail upon:

> Marc R. Edelman
> George G. Traintis
> MORGAN & MORGAN, P.A.
> 201 N. Franklin Street, Suite 700
> Tampa, Florida 33602

>> *J. Robert McCormack*
>> Attorney

41798416.1